■ In the Matter of AMBER VV. and Others, Children Alleged to be Permanently Neglected. BROOME COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TAMMY WW., Appellant. [718 NYS2d 907] —Mugglin, J. Appeal from an order of the Family Court of Broome County (Hester, Jr., J.), entered November 9, 1999, which granted petitioner's application, in a proceeding pursuant to Social Services Law § 384-b, to adjudicate respondent's children to be permanently neglected, and terminated respondent's parental rights.

Our review of the record concerning petitioner's four permanently neglected daughters, who have been in foster care for over five years, reveals that Family Court appropriately found it to be in the children's best interests to terminate petitioner's parental rights (*see, Matter of Star Leslie W.*, 63

NY2d 136, 147; Family Ct Act § 631). There being no abuse of discretion (*see generally*, *Matter of Christy C.*, 226 AD2d 770, 772, *lv denied* 88 NY2d 808), we affirm the order of Family Court.

Mercure, J. P., Crew III, Rose and Lahtinen, JJ., concur. Ordered that the order is affirmed, without costs.